[No. 9305–7–II.   Division Two.   July 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT G. HUGHES, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–1–00035–7, Gary W. Velie, J., entered October 28, 1985. *Affirmed* by unpublished opinion per Mitchell, J. Pro Tem., concurred in by Goodloe and Ladley, JJ. Pro Tem.

[No. 9446–1–II.   Division Two.   July 20, 1987.]

*In the Matter of the Marriage of* GUNILLA S. BOLES, *Respondent, and* DAVID L. BOLES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–3–00339–6, Richard A. Strophy, J., entered December 11, 1985. *Affirmed* by unpublished opinion per Brown, J. Pro Tem., concurred in by Goodloe and Kolbaba, JJ. Pro Tem.

[No. 9169–1–II.   Division Two.   July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE DAVID SILVA, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–1–00281–2, Gary W. Velie, J., entered September 19, 1985. *Affirmed in part* and *vacated in part* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Gavin and Williams, JJ. Pro Tem.